IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-378-BO-BM

| | | |
|---|---|---|
| TERRY RIEGEL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NASH COUNTY BOARD OF | ) | |
| EDUCATION, *et al.*, | ) | |
| Defendants. | ) | |

This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Brian S. Meyers. [DE 23]. No party has filed any objections to the memorandum and recommendation (M&R) and the time for doing so has expired. In this posture, the matter is ripe for disposition.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

Plaintiff's claims arise from his March 2023 visit to Northern Nash High School in Nash County, North Carolina regarding his daughter's alleged unexcused school absences. Plaintiff's visit resulted in his being charged with second-degree trespass and banned from school board property. Magistrate Judge Meyers has recommended that the Court grant the pending motions to dismiss, dismiss the federal claims with prejudice, and decline to exercise supplemental jurisdiction over the state law claims. *See* 28 U.S.C. § 1367(c)(3). Court has reviewed the M&R for clear error and finds none. The M&R is therefore adopted in full.

## CONCLUSION

Accordingly, for the foregoing reasons, the M&R [DE 23] is ADOPTED in full. The motion to dismiss by defendants Nash County Board of Education and Steve Ellis [DE 14] is GRANTED and the motion to dismiss by defendant Jeffrey White [DE 18] is GRANTED. Plaintiff's claims against defendants arising under federal law are DISMISSED with prejudice. The Court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims and they are DISMISSED without prejudice. The Clerk is DIRECTED to enter judgment and close the case.

SO ORDERED, this **3** day of March 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2